THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD SCOTT, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Onondaga County Court, Cunningham, J.—assault, second degree.) Present—Dillon, P. J., Callahan, Boomer, Green and Lawton, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE DICKINSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Erie County Court, La Mendola, J.—attempted robbery, third degree.) Present—Callahan, J. P., Doerr, Denman, Balio and Lawton, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD JOLLEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Monroe County Court, Egan, J.—burglary, second degree.) Present—Callahan, J. P., Doerr, Denman, Balio and Lawton, JJ.